**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alicia.gonzalez@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2862*
*fax: (973) 297-2010*

*Alicia Gonzalez*
*Special Assistant United States Attorney*

September 4, 2026

**Via ECF**
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Welles v. DHS,* No. 26-11501 (RK)**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced habeas matter. We write to advise this Court that U.S. Immigration and Customs Enforcement ("ICE") has informed this Office that Petitioner is not in ICE custody. Petitioner filed a prior petition for habeas corpus and was ordered released by this Court. *See Welles v. Benzel, et al.*, No. 26-cv-11321 (RK) at ECF No. 2. On September 3, 2026, Petitioner was released from ICE custody, and this Office filed written confirmation of his release today, September 4, 2026. *Id.* at ECF No. 4. Therefore, we respectfully request that the Court dismiss this matter as moot. We also respectfully request that the Court close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** September 8, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Alicia Gonzalez*
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*